UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RACHEL JORDAN, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 4:22-CV-21-BO**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on December 6, 2022, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |
| Thomas Paul Zimarowski | (via CM/ECF electronic notification) |

DATE:                                PETER A. MOORE, JR., CLERK
December 6, 2022           (By)  /s/ Nicole Sellers
                                            Deputy Clerk